IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PENELOPE PECK                                                           PLAINTIFF

VS.                         NO. 5:06-CV-0147 JMM

BRYAN C. ALLYN; and
HIRSCHBACH MOTOR LINES, INC.                                       DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the parties (Doc. No. 15), and since this matter has been amicably settled and resolved, the Complaint of the Plaintiff, PENELOPE PECK should be and is hereby dismissed with prejudice.

IT IS SO ORDERED this 21 day of Nov, 2007.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY:

/s/ J. Cotten Cunningham
J. Cotten Cunningham
AR Bar No.: 97238
Attorney for Staten Trucking, Inc., et al.
LASER LAW FIRM, P.A.
101 S. Spring Street, Ste. 300
Little Rock, AR 72201
(501) 376-2981
ccunningham@laserlaw.com